**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
_____ **DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Newnan

OCT 13 2023

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

Cynthia Antonia Cannon

(Print your full name)

Plaintiff *pro se*,

v.

Georgia Department of Labor

_____

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

3:23-CV-0198

(to be assigned by Clerk)

## _PRO SE_ EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those
   that apply):

   _____    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et
   seq., for employment discrimination on the basis of race, color,
   religion, sex, or national origin, or retaliation for exercising rights
   under this statute.

   **NOTE:** To sue under Title VII, you generally must have
   received a notice of right-to-sue letter from the Equal
   Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

Other (describe) Pending charge # 410-2023-09777 for Retaliation for wrongful termination

2.    This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.    Plaintiff.    Print your full name and mailing address below:

Name    Cynthia Antonia Cannon

Address    1704 Mary Ave.

Griffin, Georgia 30224

4.    Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

Name    Georgia Department of Labor

Address    148 Andrew Young Int'l Blvd,

Suite 200

Atlanta, Georgia 30303

Name _____

Address _____

_____

_____

Name _____

Address _____

## Location and Time

5.    If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

Georgia Department of Labor

Griffin Career Center

1514 GA - 16

Griffin, GA. 30223

Page 3 of 9

6. When did the alleged discrimination occur? (State date or time period)

between *October, November of 2021 to July 10, 2023*

## **Administrative Procedures**

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    _√_ Yes        _____ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   _√_ Yes        _____ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: *July 25, 2023*

9. If you are suing for **age discrimination**, check one of the following:

   _N/A_    60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10.   If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          ___✓___ No          _____ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11.   If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          _____ No          ___✓___ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12.  The conduct complained about in this lawsuit involves (check only those that apply):

           failure to hire me
           failure to promote me
           demotion
           reduction in my wages
           working under terms and conditions of employment that differed from similarly situated employees
_✓_    harassment
_✓_    retaliation
_✓_    termination of my employment
           failure to accommodate my disability
_✓_    other (please specify) _Malicious intent_

13.  I believe that I was discriminated against because of (check only those that apply):

_✓_    my race or color, which is _African American; light_ _complexion_
           my religion, which is _____
_✓_    my sex (gender), which is ____ male   _✓_ female
           my national origin, which is _____
           my age (my date of birth is _____ )
           my disability or perceived disability, which is:

           my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

           other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Please

see

Attached

(6) pages

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

## Essential Facts of My Claim and Specific Conduct  ( pages 1 thru 6)

**On August 16, 2021**, I transferred from the Georgia Department of Labor's Clayton Career Center to Griffin Career Center. I was often harassed about coming from the Clayton Career Center as if I was their rival as though I didn't work for the same State agency. My Caucasian unit supervisor (Linda Whitley) allowed my Caucasian colleagues in my unit to improperly sabotage my training causing a hostile working environment and was discriminatory against me. I complained to my unit supervisor (Linda Whitley) on numerous occasions about how I believed that I was being discriminated against for not getting the proper training I was entitled to and how my colleagues should not be allowed to play boss and create a hostile work environment. I also asked if I could sign up for training with the unit facilitator at the main office like everyone else has in the past. She refused.

Also, during this time of **August 2021**, almost the entire Georgia Department of Labor had been working overtime together since February 2020 over a year and a half during the COVID–19 pandemic. We were either helping to process unemployment claims and appeals; resolve Unemployment Insurance (UI) issues; return calls and emails to unemployment claimants; etc... When I transferred from Clayton Career Center to the Georgia Department of Labor's Griffin Career Center on August 16, 2021, I lost a lot of money because I was not allowed to continue to work overtime like my Caucasian colleagues in my UI (unemployment insurance) unit for over two months. So, I finally decided to complain to my unit supervisor's boss (Mr. William Futrell) the Griffin Career Center Manager. I told him about the discrimination and harassment I was getting from my Caucasian supervisor and Caucasian colleagues. He authorized my supervisor to allow me to work overtime like everyone else and he set me up to get the proper training I needed to be successful in my new job duties.

Then the harassment went from direct hostility to my Caucasian colleagues going directly to my Caucasian supervisor to insist that I do what they thought I should do and snapping at me whenever I questioned something or made suggestions.

I was not only being harassed and discriminated against by the same people but was forced to work under and with the instructions of my Caucasian Supervisor (Linda Whitley) and Caucasian colleagues who joyously discriminated against African Americans on a daily basis. But treated the Caucasians the opposite.  I witnessed them celebrate not paying African American claimants. They purposely gave them misinformation. Caucasians would send up all of the African Americans who got the Pandemic Unemployment Assistance (PUA) payments to overpayment for no legitimate reasons. They would purposely deny or make up an insufficient reason that an African American claimant whom I saw should've got UI Benefits. The Unit Supervisor (Linda Whitley) purposely did not pay out UI Benefits to the African Americans whose denial decision was overturned to receive UI benefits. Caucasian Supervisor (Linda Whitley) refused to allow a customer to receive a copy of his Affidavit after a caucasian colleague had notarized it and didn't want him to have a copy because her signature was on it. My Caucasian supervisor (Linda Whitley) purposely saw that a claimant's claim was not handled

1

properly and she refused to fix it. But she has and would for the Caucasian Claimants. I was uncomfortable being a part of not being able to help a customer, instead, I constantly watched them being purposely mistreated with the participation, authorization, and knowledge of the Caucasian unit supervisor (Linda Whitley) and no one did anything to stop it. And the list goes on and on.

So, in **October 2021,** I turned to Mr. Mack Clark for peaceful solutions and an outlet to better understand how to resolve the discrimination at the Griffin Career Center location.

In early **November 2021**, All of a sudden, Mr. Clark started popping up at my desk in a sneaky manner. He scared me at times. I started to notice that he would always pop up when my team members were either not at work; stepped away from their desks or at lunch. He went from popping up to say hello, and starring, to occasionally making sexual gestures and sexual comments. Sitting too close to me (violating my personal space) when I would ask him to help me with something at work. To humiliate me in front of my coworkers. I would warn him. He would apologize. And then he would turn around and do it again and again.

**Around the last of April 2022** I had just returned to work about two weeks prior, Mr. Clark creped up behind me while I was at my desk. He scared me, I tried to turn completely around he stopped me and told me to be quiet as he stood behind me looking around and over the cubicles to see if anyone was coming. Then he started to back up and walk away slowly. Looking suspiciously, I asked what was wrong. Then he looked down at his pelvic area and said, "What do you think?" He had a hard-on! This day it was around lunchtime, I remembered him standing there with a yellow polo, short-sleeved shirt; beige khaki pants, and tan leather loafers.

**In June or July 2022 or so**, Mr. Mack Clark became the Griffin Career Center Manager months after Mr. William Futrell retired in February 2022.

**On July 20, 2022,** He once singled me out when an irate customer came into the Griffin Career Center and was escorted out of the building. Afterward, everyone was discussing the man's threats and when I suggested that the man should not be able to return to the building, he put his hands on me and shoved me to my desk for no reason in front of all of my coworkers.

He later called me into his office. I warned him and then he apologized and told me that he still wanted to have sex with me. Once again, he humiliated me and demeaned my character.

**On August 17, 2022,** I warned Mr. Clark to stop Sexually Harassing and disrespecting me

**On August 25, 2022,** Mr. Clark popped up at my again desk, sat down, and asked me to have sex with him. And then he got up and walked away.

**On September 02, 2022,** he surprised me when he walked over to my vehicle. Starring between my legs as I was getting in and handed me a bottle of wine he said was a birthday gift.

**On September 26, 2022,** Mr. Clark called me into his office and stated that he was going to step down as the Griffin Career Center Manager.

2

**On September 29, 2022,** Mr. Clark humiliated me in front of all of my coworkers again when I made a simple suggestion about warning our customers about the construction that was going on in the building. Then he later apologized like he always does before he does it again and again.

**On October 03, 2022,** I reached out to Mr. Clark to help resolve an issue with an employee bullying me. He refused.

**On October 04, 2022,** I came to the realization that the harassment at the Griffin Career Center was not going to stop until I went outside of the career center to the Georgia Department of Labor's Human Resource Department or so I thought. So, I warned Mr. Clark for the last time.

**On October 05, 2022,** I was finally fed up with being afraid because I was hurting mentally, physically, and spiritually by all of the harassment. I felt I could no longer be bullied, harassed, and discriminated against by a group of people who had no remorse, who executed unethical behavior, and were not used to being held accountable for their actions. So, I reported Mack Clark to the Georgia Department of Labor's Human Resources Department.

**On October 05, 2022,** I was instructed by HR to leave work. And to work from home while they did their investigation.

**NOTE #1: It was later discovered during the investigation that Kermit Sears (Assistant Director of Statewide Operations for Georgia Department of Labor); William Futrell (prior Griffin Career Center Manager now retired) and Linda Whitley (former Supervisor/current Griffin Career Center Manager) all knew before and warned Mr. Mack Clark of his inappropriate behavior with the females on the job, but they hired him as the Griffin Career Center Manager anyway after Mr. Futrell retired.**

**NOTE #2: The Georgia Department of Labor fabricated Mr. Mack Clark's dismissal information possibly with the purpose of deceiving EEOC and protecting Mr. Clark's work record. On December 28, 2022, they claimed they dismissed him from the Athens Career Center as an Employment Specialist 1, which is the same as my position as a DOL Services Specialist a subordinate instead of a Career Center Manager from the Griffin Career Center which is where he worked and the actual position he was in at the time they supposedly dismissed him.**

**January 2023,** Linda Whitley (caucasian supervisor) became the new Griffin Career Center Manager.

**In February 2023,** I was asked to return to work and Mr. Mack Clark was no longer there. And when I returned, I could see things were different. My coworkers started to exclude me from the gathered events. They wouldn't speak when I would speak or be in their presence. The male coworkers didn't want to stand next to me. A male coworker would make comments about how he couldn't be around because there were too many females present.

Upon returning, I immediately noticed the same Caucasian colleagues became more cocky. They started complaining about everything I would say, do, suggest, or simply disturb me working and would attempt to boss me around and Delegate my job duties. When I would go to Linda

3

Whitley (now Current Griffin Career Center Manager) to inform her of the problem and how my caucasian colleagues seemed to be snappy, harassing me, and causing a hostile environment for me since I've been back. She said that she would talk to them. At times, I would see or hear her talking to them, they would snap at her and walk out. And they would turn around and harass me again.

**February 22, 2023,** an old job duty ERP (eligibility review audits) was reinstated statewide for all career centers to their own. From our office, Out of seven employees in the UI unemployment unit. The caucasian workers insisted that I should be the only one to do it. I immediately knew that was not fair and that the workload was unbalanced with the Caucasians being allowed by their own decisions and the power of influence over the supervisor/Career Center Manager (Linda Whitley). The Caucasian workers were allowed to do less work or duties that required less effort and time, freeing them up most of the day. While I do most of the heavy workloads of being the only one processing all of the unemployment claims for the Griffin Career Center. This was unfair, and the pressure was placed on me to carry most of the weight. And when I was absent, my colleagues rarely stepped in to do the heavy workloads. But when the caucasian workers would be absent, need to leave early, or want to decorate, talk, and/or do whatever, my Supervisor/Manager (Linda Whitley) insisted that I not only meet my quota doing my work and I would have to do their work too. This was so, unfair and discriminatory. And when I complained that the workload was unbalanced and I felt like I was being punished, nothing was ever changed.

**On March 07, 2023,** another large job duty was reinstated statewide for all the Career Centers. We had another UI (unemployment insurance) meeting. The seven coworkers plus the (Supervisor/Manager) Linda Whitley meet once again. It was discussed that the five of the workers would have to take turns doing the UI Orientation workshops plus extensive other duties. But then the caucasian workers started stating what they didn't want to do. And that I should do it. I spoke up and said that I couldn't do all of the duties that were required and do the other duties they recently assigned to me. I told them that the workload was becoming more and more unbalanced that it was impossible for one person to do it all and what was everyone else going to do. Although the Supervisor/Manager (Linda Whitley) knew that it was impossible and unfair, she was afraid to insist that everyone needed to carry the Griffin Career Center's workload. So, one of the Caucasian workers spoke up and said that it was too much and that she was willing to help out. But the workload was still unbalanced.

The caucasian coworkers continued to take advantage of having the power to influence the new Griffin Career Center Manager/Supervisor (Linda Whitley) they started to harass me about everything I did, how I did it; when I did it; where I did it; What I said; how much helpful information I would give to a customer;.

**In April 2023,** a Caucasian colleague started entering my employee ID # into the system to check customers in with the knowledge of another Caucasian coworker and the knowledge of the Career Center Manager. The coworker knew she/they were told no other employee was supposed to do that. I felt this was purposed to try to sabotage me.

4

**April 24, 2023,** A caucasian colleague, fabricated against me about a customer I helped. For no honest reason,  to another caucasian colleague. I was verbally attacked and humiliated. It turned out that they never wanted to help the customer. Instead, their actions were harassing and attacking me for no legitimate reason which caused a hostile working environment. I told the Manager (Linda Whitley) how I felt retaliated and discriminated against all the caucasian workers who are allowed to constantly express such behavior without ceasing or reprimanding. I asked for a meeting. They told her no at first. I could hear them fabricating against me. We had a meeting, and the two female Caucasian workers got up and walked out. The Manager (Linda Whitley) was trying to tell them to come back they just threw up their hands and continued to walk out. That was insubordinate. But nothing was done. Except the manager made a threatening comment and flipped the issue against me leaving me confused because I did nothing wrong. I literally felt harassed, retaliated against, and discriminated against. Because I know could have never been insubordinate to my supervisor/manager without me being reprimanded.

**On April 24, 2023**, I reported my brief concern to upper management, and her boss (Kermit Sears -Assistant Director of Statewide Operations for Georgia Department of Labor). I did not get a response.

**So, on May 02, 2023,**  I emailed Lee Rudd, the director of the Georgia Department of Labor's Human Resources.

**On May 11, 2023,** I was invited to report to Human Resources to tell about my complaint about the constant harassment and discrimination against me and how it was getting out of control at the Griffin Career Center.

**On May 15, 2023,** another Caucasian Coworker (Robin Smith), falsely accused me of coming in late to upper management.

**On May 16, 2023,** the assistant director asked me was my time correct in the system. The UI unit had a quick meeting to discuss making a schedule to balance the workload.

**On May 19, 2023,** the same Caucasian coworker (Robin Smith), constantly harassed me, yelling, and telling me to do another Caucasian coworker's work before I do mine. And another coworker's work because she had to leave. Which was not true she was purposely harassing me to disrupt my work performance.

**On May 25, 2023,** another member of upper, upper management, MelRobin Cothran (Director of Statewide Operations for Georgia Dept. of Labor) emailed me asking/accusing me of hearsay that stemmed from my caucasian coworker (Robin Smith) about my time on on 05-15-23.

**On May 25, 2023,** I asked for MelRobin Cothran to help me, put a stop to all of the harassment. I had a phone conference call with four members of upper management. They all omitted the reason for my concerns and tried to offer me to resign and take another job with another state agency TCSG (Technical College System of Georgia) they had no jurisdiction. They knew of the EEOC investigation.

5

**On May 26, 2023,** I declined their offer and asked one last time for the Director of Human Resources  (Lee Rudd) to help me.

**On June 13, 2023,** Tanielia Jackson (HR Specialist) invited me up to meet with her and Marlenna Spriggins (Assistant Director of HR) at the Georgia Department of Labor's Human Resources. I'd previously met them on 05-11-23. But on this day it was very different. I was greeted by Tanielia Jackson-Kranz. We went upstairs to HR. I was greeted by two security officers as we walked between them to enter the conference room. I didn't think anything was wrong at first. There was a security guard who kept coming in and messing with something on the door and then the other one who stood outside the door the whole time during the meeting. Mrs. Jackson was very rude and disrespectful towards me for some reason. She went down a list of some of my complaints, making comments. Admitting that Mack Clark was no longer with the Georgia Department of Labor after I complained so, they did their due diligence she stated. But that's not what Mr. Clark's dismissal states nor the investigation report. But most of my concerns she reversed my complaints and used them against me. Cut me off when I was speaking. And when she didn't get the response she was setting me up for. She got angry and told security to get me out of there. I felt set up, harassed, and threatened because there was absolutely no reason in this world they had a legitimate reason to treat me that way. In my 15 years of working for the Georgia Department of Labor. and going reporting to HR on two other occasions. I have never dealt with HR until October 05, 2022, when I reported Mr. Mack Clark for Sexually Harassing me. And 05-01-23 and 05-02-23 for reporting the discrimination, harassment, bullying, retaliation, and hostile work environment. The officers followed me to my vehicle. I was so afraid I thought they were going to hurt me. I did nothing wrong. Nor did I provoke or threaten anyone. I was only crying out for help and GDOL failed me.

**On June 26, 2023,** they gave me a copy of a proposal for dismissal to fire me, all during an EEOC investigation and when I did not do anything wrong.  And gave me four days to file an appeal by June 30, 2023.

**On June 30, 2023,** HR extended my appeal deadline to July 10, 2023.

**On July 06,  2023,** I had my appeal with the Georgia Department of Labor

**On July 10,  2023,** my dismissal was upheld

**On July 17, 2023,** I filed another charge # 410-2023-09777 of retaliation for wrongful termination

**On July 25, 2023,** EEOC issued a Right To Sue

**On August 01, 2023,** I filed for Unemployment Insurance

**On August 15, 2023,** Georgia Department of Labor Denied me Unemployment Insurance Benefits

6

15. Plaintiff _____ still works for defendant(s)

_____ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes _____ No

If you checked "Yes," please explain: _____

_____ N/A _____

_____

_____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial? _____ Yes __✓__ No

## <u>Request for Relief</u>

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__✓__ Defendant(s) be directed to pay any/all future attorney fees: not give me a bad job reference and to be held accountable for their actions

__✓__ Money damages (list amounts) compensatory, nominal, and punitive damages $350,782.73

__✓__ Costs and fees involved in litigating this case

__✓__ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _13th_ day of _October_ , 20_23_

_(signature)_
(Signature of plaintiff *pro se*)

_Cynthia Antonia Cannon_
(Printed name of plaintiff *pro se*)

_1704 Mary Ave_
(street address)

_Griffin, Georgia 30224_
(City, State, and zip code)

_Cynthiacannon1970@att.net_
(email address)

_404-731-9017_
(telephone number)

Page 9 of 9